# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, K.J. BRUBAKER, M.C. HOLIFIELD**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**ARVIS D. OWENS**
**COMMANDER (O-5), SUPPLY CORPS, U.S. NAVY**

**NMCCA 201300485**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 5 November 2013.
**Military Judge:** Capt Carrie Stephens, JAGC, USN.
**Convening Authority:** Commander, Naval District Washington, Washington, DC.
**Staff Judge Advocate's Recommendation:** LCDR J.D. Pilling, JAGC, USN.
**For Appellant:** Capt David A. Peters, USMC.
**For Appellee:** Mr. Brian K. Keller, Esq.

**21 April 2015**

---------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority on 26 February 2015. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court